WILLIAM H. BEDELL ET AL., APPELLEES, V. WILLIAM BERGER
ET AL., APPELLANTS.

FILED MAY 1, 1915. No. 18140.

Evidence examined, and found sufficient to sustain the judgment.

APPEAL from the district court for Dawson county:
HANSON M. GRIMES, JUDGE. *Affirmed.*

*Rhea & Hanlen,* for appellants.

*E. A. Cook, contra.*

BARNES, J.

This was an action in the district court for Dawson
county for damages for a breach of defendants' contract
to convey to plaintiff a good title to lot 3, in block 5, of
Ehmens subdivision to the city of Gothenburg, in Dawson
county, Nebraska. The plaintiff recovered judgment for
$290.58, and the defendants have appealed.

It appears that the plaintiff and the defendants entered
into a written contract by which the defendants, upon the
payment of the purchase price, agreed to convey the lot
above described to plaintiff. Plaintiff went into posses-
sion of the lot and made all of the payments but one, when
it was discovered that defendants did not have title to the
lot and could not make the conveyance. The evidence
shows that plaintiff made frequent demands upon the de-
fendants to complete their title and convey the lot to him,
but defendants neglected and refused so to do; that there-
upon the plaintiff proceeded to secure the outstanding title
at an expense of over $300. The defendants refused to re-
imburse him for the money so expended.

There is no substantial conflict in the evidence, and the
judgment of the district court is

AFFIRMED.

ROSE, SEDGWICK and HAMER, JJ., not sitting.